UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:94-cr-00126-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **MAJOR THOMAS III,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's Motion to Terminate Supervised Release. Defendant contends that because he has successfully completed one year of supervised release, the court should terminate the remainder of the 10-year period of supervision. The government has filed a response, which indicates that while defendant has been somewhat successful on supervised release, he has a number of violations, and that the supervising officer does not recommend early termination at this point.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Terminate Supervised Release (#465) is **DENIED WITHOUT PREJUDICE** as to a request being made by his supervising officer in the future.

Signed: April 30, 2013

Max O. Cogburn Jr.
United States District Judge