UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:94-cr-00126-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MAJOR THOMAS III,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's second Motion to Terminate Supervised Release. Last year, defendant filed his first motion for early termination to which the government responded, informing the court that defendant had a number of violations, and that the supervising officer does not recommend early termination. In denying that motion, the court advised defendant that it was without prejudice as to a later request being made by his supervising officer. In the instant motion, defendant makes no mention as to whether his supervising officer now supports his request.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's second Motion to Terminate Supervised Release (#469) is **DENIED WITHOUT PREJUDICE**, with leave granted to refile such motion if he can show support for such request from his supervising officer Jason Kemp.

Signed: May 23, 2014

Max O. Cogburn Jr.
United States District Judge